CHARLES W. HORNE, Appellant, v. LAW RESEARCH SERVICE, INC., Defendant-Respondent and Third-Party Plaintiff-Appellant-Respondent. WESTERN UNION TELEGRAPH Co., Third-Party Defendant-Respondent-Appellant.—

Concur— McGivern, J. P., Nunez, McNally and Tilzer, JJ.